James PROCELL, Appellant,

v.

The STATE of Texas, Appellee.

No. 34394.

Court of Criminal Appeals of Texas.

April 18, 1962.

Marion G. Holt, Nacogdoches, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

The offense is the unlawful sale of beer in a dry area; the punishment, 30 days in jail and a fine of $250.

The information alleges that the sale was made in Nacogdoches County, a dry area.

The state concedes that there is no proof that said County was a dry area, without which the conviction cannot stand. Hargiss v. State, Tex.Cr.App., 339 S.W.2d 538; Smith v. State, 159 Tex.Cr.R. 351, 264 S.W.2d 106; Brown v. State, 135 Tex.Cr.R. 3, 117 S.W.2d 107.

The state's brief also points out that there is no proof of the sale except by a statement of the appellant before a grand jury.

The evidence being insufficient to sustain the conviction, the judgment is reversed and the cause remanded.

---

Rex Emerson (By Court Appointment), Houston, for appellant.

Frank Briscoe, Dist. Atty., Walter A. Carr, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

The offense is felony theft; the punishment, enhanced under Art. 63, Vernon's Ann.P.C., life.

The indictment alleged the theft of $131.11 in money of the value of $131.11, a pistol, five rings, a watch, a necklace, and other articles described therein, alleged to be of the value of over $50, from Lillie Elizabeth Lee.

The theft was alleged to have been committed on or about April 25, 1961, and the indictment alleged that appellant had theretofore on March 9, 1949, been convicted of the offense of burglary, and that after such conviction he had committed the felony offense of breaking and entering a motor vehicle and was convicted of said offense on May 31, 1957.

The allegations as to the previous convictions were proved by the records of the Texas Department of Corrections; certified copies of the judgment, sentence and

**Robert J. HILL, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 34453.**

Court of Criminal Appeals of Texas.

March 21, 1962.